IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01254-WYD

CHRISTOPHER L. MILLER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER comes before the Court upon consideration of Defendant's Unopposed Motion to Remand, and good cause appearing therefor, it is hereby

ORDERED that the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the cause to the Commissioner for further administrative proceedings.   It is further

ORDERED that the Clerk of the Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.   *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated:   February 10, 2016

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE